IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

1  HANAA B. ABADEER                          )
                                              )
2  LATIF S. ABDELSAYED                        )
                                              )
3  YARE  ABDIRAHMAN                           )
                                              )
4  ABDIRAHMAN (MURSAL) M. ABDULLAHI           )
                                              )
5  WAL M. ABIYAM                              )
                                              )
6  DIRIE A. ABSHIR                            )
                                              )
7  WUILIAN  AGUILA                            )
                                              )
8  HALIMO A. AHMED                            )
                                              )
9  AKUOL M. AKOT                              )
                                              )
10  ABDIRIZAK  ALAS                           )
                                              )
11  ROSA  ALEMAN DE MAJANO                    )
                                              )
12  ABBAS  AL-JLE                             )
                                              )
13  ANA R. ALVARADO                           )
                                              )
14  SOFIA  ALVARADO                           )
                                              )
15  JOSE G. AMAYA                             )
                                              )
16  EMIR A. ANGEL                             )
                                              )
17  JERONIMO  ANGUIANO                        )
                                              )
18  GAALOW  ANNIMAR                           )
                                              )
19  ALIZABETH Z. AONA                         )
                                              )
20  EDDY R. ARANDA                            )
                                              )
21  AMALIA  ARBELAEZ                          )

22 RICARDO ARBELAEZ )
23 EVERARDO ASPERA )
24 MAGDY ATTALLA )
25 NAGLA A. ATTALLA )
26 RAQUEL AYALA )
27 JANICE S. BAGWELL )
28 JERRY E. BARLOW )
29 MAURICIO D. BATRES )
30 ROXANA BATRES )
31 BETTY J. BAXTER )
32 ANTONIO BENITEZ )
33 GARANG D. BOL )
34 MARIA BONILLA )
35 SANDY J. BRANCH )
36 MICHAEL W. BREECE )
37 JOYCE A. BRENT )
38 RONALD BREWER JR. )
39 BRICEIDA M. BRIZUELA )
40 DARRELL M. BRULE )
41 KHOA T. BUI )
42 ANDRIA W. BUTLER )
43 BIANCA R. CARABANTES )
44 JOEL CARAPIA )

| | |
|---|---|
| 45 NEREYDA CARMONA | ) |
| 46 GARRY C. CARTER | ) |
| 47 BUFORD CARTWRIGHT | ) |
| 48 JUSTO CARVAJAL | ) |
| 49 DAVID CESPEDES | ) |
| 50 JORGE CESPEDES | ) |
| 51 JUAN CARLOS CHAVEZ | ) |
| 52 RONALD D. CHOWNING | ) |
| 53 TERRANCE K. CHURCHWELL | ) |
| 54 BRANDON CLAWSON | ) |
| 55 FLORIN CONSTANTINESCU | ) |
| 56 MARGIE B. COOKSEY | ) |
| 57 JOSE R. COREA | ) |
| 58 ROSA CORPENO DE UMANA | ) |
| 59 MILEIDYS CRESPO | ) |
| 60 FRANCISCO A. CRUZ | ) |
| 61 DELMY D. CRUZ MENJIVAR | ) |
| 62 ISRAEL CUEVAS | ) |
| 63 RICHARD W. DAENELL | ) |
| 64 OANH DANG | ) |
| 65 ELVIRA DE LEON | ) |
| 66 WANDY O. DE MOTA | ) |
| 67 FELIPE DEL RIO | ) |

| | |
|---|---|
| 68  DUOTH J. DENG | ) |
| 69  THAYEL DENG | ) |
| 70  ADUT D. DHOL | ) |
| 71  ARTURO H. DIAZ | ) |
| 72  JOSE A. DIAZ | ) |
| 73  JOSE M. DIAZ | ) |
| 74  MARIA D. DIAZ | ) |
| 75  GOK D. DUP | ) |
| 76  MUTWAKEL H. ELBALLA | ) |
| 77  LINDA M. ELLIS | ) |
| 78  MIGUEL A. ESPINO | ) |
| 79  AMAL FARAG | ) |
| 80  ATTIET S FARAG | ) |
| 81  ANTONIO FIGUEROA | ) |
| 82  SEVERIANO M. FLORES | ) |
| 83  ANTONIO FORERO | ) |
| 84  ADILIA I. FUNES | ) |
| 85  FRANCISO J. GALLARDO | ) |
| 86  ERIKA GARCIA | ) |
| 87  JOSE A. GARCIA | ) |
| 88  DRITOM GASHI | ) |
| 89  FATON GASHI | ) |
| 90  GANI GASHI | ) |

| | |
|---|---|
| 91 JETON GASHI | ) |
| 92 CARIDAD L GE MARTINEZ | ) |
| 93 VICTOR GEICULESCU | ) |
| 94 MARY NAN GEORGEY | ) |
| 95 ELIZABETH GONZALEZ | ) |
| 96 LORENA Y. GONZALEZ | ) |
| 97 RAQUEL GONZALEZ | ) |
| 98 LUCAS GONZALEZ AYALA | ) |
| 99 ANNIE C. GOODWIN | ) |
| 100 FELIX GUTIERREZ | ) |
| 101 AFAF H. HANNA | ) |
| 102 LINDA HEATHERLY | ) |
| 103 JOSE JUAN CARLOS HENRIQUEZ | ) |
| 104 DANI A. HERNANDEZ | ) |
| 105 FRANCISCA N. HERNANDEZ | ) |
| 106 MERCEDES HERNANDEZ | ) |
| 107 RITA HERNANDEZ | ) |
| 108 WILLIAM F. HIGH | ) |
| 109 GEORGE H. HILL | ) |
| 110 PHOUNG HOANG | ) |
| 111 EDWARD E. HOBSON | ) |
| 112 TONYA R. HOLT | ) |
| 113 DIEMLE T. HUYNH | ) |

| | |
|---|---|
| 114 MIKHAEL R. ISKANDER | ) |
| 115 DIXAN JAIME | ) |
| 116 DIXANGEL JAIME | ) |
| 117 DARREN JOHNSTON | ) |
| 118 EDWARD W. JONES | ) |
| 119 ETHEL M. JONES | ) |
| 120 JOHNNY JONES | ) |
| 121 LOLA D. JONES | ) |
| 122 JOHN M. KAK | ) |
| 123 NASRELDIN M. KALADIA | ) |
| 124 REBA F. KELLY | ) |
| 125 SANDY KEOPANYA | ) |
| 126 THAO X. KITTLE | ) |
| 127 MALUSH KOLSHI | ) |
| 128 NIXHARE KOLSHI | ) |
| 129 GADWAL KORI | ) |
| 130 ABDU KUWA | ) |
| 131 DIEM N. LAM | ) |
| 132 HONG THI LAM | ) |
| 133 NYAYIEN LEAR | ) |
| 134 DAVID W. LIR | ) |
| 135 BERNARDO N. LOPEZ | ) |
| 136 JOSE A. LORENZO | ) |

| | |
|---|---|
| 137 JULIO LORENZO | ) |
| 138 MADUK LUAL | ) |
| 139 TIAURA S. LUCAS | ) |
| 140 DWIGHT MARLOW | ) |
| 141 GLADIS E. MARROQUIN | ) |
| 142 LISET MARTIN | ) |
| 143 JONATHAN J. MARTINEZ | ) |
| 144 JENNIFER MARTINEZ DE OSABA | ) |
| 145 ABDULLAH I. MASON | ) |
| 146 SALLY J. MASON | ) |
| 147 SARAH MAYBERRY | ) |
| 148 ERNEST D. MCCLAIN | ) |
| 149 BARBARA J. MCGREGOR | ) |
| 150 FRANCISCA G. MEDINA AQUINO | ) |
| 151 ROSEMBER MEJIA | ) |
| 152 SANTOS E. MELGAR | ) |
| 153 MELVY K. MENDEZ- RIVERA | ) |
| 154 IDALMIS MESA | ) |
| 155 SHENOUDA MIKHAEIL | ) |
| 156 ASAD MOHAMED | ) |
| 157 KIIN S MOHAMED | ) |
| 158 ZAHRO MOHAMED | ) |
| 159 CIRILO MOLINA | ) |

160 ROSA MOLINA )
161 BERTA MORALES )
162 LUIS O. MORALES )
163 MIGUEL R. MOREJON )
164 MIGUEL MOREJON- OLLERO )
165 GOMEZ C. MOREY )
166 ALICIA MURGUIA )
167 ABDELSEED E. MURRAN )
168 JOHNSON A. NADER )
169 AMERIKA NAVA )
170 CALIN NECULCEA )
171 LAN NGUYEN )
172 LE T. NGUYEN )
173 LOC T. NGUYEN )
174 NGAN B. NGUYEN )
175 PHUC B. NGUYEN )
176 XEM NGUYEN )
177 MONIRA F. NOSIR )
178 ABDISALAN M. OMAR )
179 ANA ORDONEZ )
180 JOSE M. ORELLANA )
181 NORMA G. ORTEZ )
182 MARIA ORTIZ )

| # | Name | |
|---|------|---|
| 183 | ROCIO M. ORTIZ | ) |
| 184 | MICHAEL OTHUR | ) |
| 185 | ROSALIND A. OWENS | ) |
| 186 | NOE A. PADILLA | ) |
| 187 | JORGE L. PARDO | ) |
| 188 | JUAN PEDROZA | ) |
| 189 | MARIA D. PEDROZA | ) |
| 190 | MARIA J. PEDROZA | ) |
| 191 | ION PELE | ) |
| 192 | FULGENCIO H. PENATE | ) |
| 193 | PHYLLIS PENDLETON | ) |
| 194 | JOSE C. PEREZ | ) |
| 195 | DARAPHONE PHIMMACHACK | ) |
| 196 | INTHA PHIMMACHACK | ) |
| 197 | POUTHASONE PHIMMACHACK | ) |
| 198 | SOMPHOU PHIMMACHACK | ) |
| 199 | ANA D. PORTILLO | ) |
| 200 | ALIUSKA PRIETO | ) |
| 201 | AMINA QALIB | ) |
| 202 | NASTEHA QALIB | ) |
| 203 | SUADO QALIB | ) |
| 204 | LORENA I. QUEZADA | ) |
| 205 | MARITZA RAMOS | ) |

206 SHIRLEY RAY )
207 PAULA J. REDFERN )
208 DEBORAH J. REFFEGEE )
209 SURELYS REGO )
210 MARIA L. REYES )
211 LAUREANO A. RIVAS LOPEZ )
212 BACILIA RIVAS MORALES )
213 ANIBAL RODAS )
214 DOMITILIA T. RODRIGUEZ )
215 FELIX A. RODRIGUEZ )
216 FRANCISCO RODRIGUEZ )
217 YESENIA A. RODRIGUEZ )
218 VILMA RUIZ )
219 KHAM SAENGSAUANG )
220 MANUEL D. SALVADOR HERNANDEZ )
221 CRISTIAN SANDU )
222 SYLVIA SANTANA )
223 JEFF SANTILLAN )
224 KHAMPHAY SATHAM )
225 MICHAEL SCALES )
226 ANGELA SCHARKLEY )
227 MURSAL SERAR )
228 ADLY K. SHAHAT )

| | |
|---|---|
| 229 PHAIBOON SIRITHAI | ) |
| 230 VANNY SISONGKHAM | ) |
| 231 DANNY SMITH | ) |
| 232 WELAI SMITH | ) |
| 233 IDELMIS SOCA | ) |
| 234 LUZ MARIA SOLIS | ) |
| 235 STELLA L. SPILLERS | ) |
| 236 COSTEL STOIAN | ) |
| 237 DAN I. STOICULESCU | ) |
| 238 DANA I. STOICULESCU | ) |
| 239 BRIGIDO SUAREZ NUNEZ | ) |
| 240 TUYEN Q. TA | ) |
| 241 JOHN J. TAY | ) |
| 242 ROGER D. TAYLOR | ) |
| 243 THOMAS W. TERRY | ) |
| 244 CONCEPCION TICAS | ) |
| 245 YEN CHI T. TO | ) |
| 246 GABRIEL TONG | ) |
| 247 LUIS A. TORRES | ) |
| 248 MARIA TORRES GONZALEZ | ) |
| 249 DUC N. TRAN | ) |
| 250 ROILAN ULLOA | ) |
| 251 OLGA L. ULLOA-HERNANDEZ | ) |

| | |
|---|---|
| 252 SANTOS URIAS | ) |
| 253 CECILIO VALLE | ) |
| 254 CONSUELO VASQUEZ | ) |
| 255 DANIEL VASQUEZ | ) |
| 256 IDANIA VAZQUEZ | ) |
| 257 LUIS R. VILLEGAS | ) |
| 258 VALENTIN VINCA | ) |
| 259 GEORGE C. VIVEROS | ) |
| 260 THOAI VY | ) |
| 261 NADIA WASEF | ) |
| 262 LOLITA D. WHITE | ) |
| 263 TYSON C WHITE | ) |
| 264 DENISE J. WILLIAMS | ) |
| 265 JAMES R. WILLIAMS | ) |
| 266 VERNON WILLIAMS | ) |
| 267 ANTHONY WOODARD | ) |
| 268 MYRANDA C. WOODARD | ) |
| 269 KHAMPHAN XAYYASITH | ) |
| 270 THONGKHAM XAYYASITH | ) |
| 271 ORBELINA YANES | ) |
| 272 YOEUN YI | ) |
| 273 PETER P. YIECH | ) |
| 274 YOEUTH YOEUN | ) |

| | |
|---|---|
| 275 ADEL K. YOUSSEF | )<br>)<br>) |
| 276 CORINA ZAVALA | )<br>)<br>) |
| 277 RIGOBERTO ZAVALA-JOVEL | )<br>)<br>) |
| 278 MENGISTU ZERIHUN | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. _____ |
| Tyson Foods Inc., | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

## COMPLAINT

1. The plaintiffs are employees or former employees of the defendant, and they bring this action as a collective action in accordance with 29 U.S.C. § 216(b) of the Fair Labor Standards Act (FLSA) against the defendant on behalf of themselves and all others similarly situated because of defendant's unlawful deprivation of plaintiffs' rights to overtime compensation. Plaintiffs seek a declaratory judgment under 28 U.S.C. § 2201 and compensation, damages, equitable and other relief available under the FLSA, as amended, 29 U.S.C. § 201 et seq.

## JURISDICTION AND VENUE

2. Jurisdiction is conferred on this Court by 29 U.S.C. § 216(b), 28 U.S.C. § 1331, and 28 U.S.C. § 1337. Venue lies within this district pursuant to 28 U.S.C. § 1391.

3. At all times material herein, each of them has been employed by the defendant Tyson Foods, Inc. (hereinafter "Tyson") in positions that the defendant has entitled Trimmer, Styler, Trainer, Inspector, Tray Transfer employee, Pump Operator, Machine Operator, Bag Opener and other hourly positions. Plaintiffs are identified in the caption of the Complaint and have given their written consent to be party plaintiffs in this action pursuant to 29 U.S.C. § 216(b). Such consents are appended to the Complaint. Plaintiffs bring this action as a collective action on behalf of themselves and all others similarly situated in accordance with 29 U.S.C. § 216(b).

4. Tyson is a foreign corporation who is currently licensed to do business in the State of Tennessee under the name Tyson Fresh Meats, Inc., a subsidiary of Tyson Foods, Inc. Tyson's registered agent for service of process is CT Corporation Systems, 800 S. Gay Street, Suite 2021, Knoxville, Tennessee 37929.

5. Defendant Tyson is an "employer" within the meaning of 29 U.S.C. §203(d) and a "person" within the meaning of 29 U.S.C. § 203(a).

6. At all times material to this action, defendant Tyson has been an enterprise engaged in commerce as defined by 29 U.S.C. § 203(r)(1), and its annual dollar business volume has exceeded $500,000.

7. At all times material herein, defendant Tyson has been actively conducting business in the State of Tennessee.

## CLAIM

8. At all times material herein, plaintiffs have been entitled to the rights, protections, and benefits provided under the FLSA, 29 U.S.C. § 201 et seq.

9. At all times material herein, plaintiffs have worked in excess of the hourly levels specified in the FLSA, 29 U.S.C. § 207. As a result, at all times material herein, plaintiffs have been entitled to overtime compensation at a rate of not less than one and one-half times their regular rate of pay for the hours of overtime they have worked.

10. 29 U.S.C. § 207(a)(1) provides that employees shall be paid overtime compensation at a rate of not less than one and one-half times their regular rate of pay for hours worked in excess of 40 hours per work week. Since defendant's facility located in Goodlettsville, Tennessee began operations in or about April 2001, defendants have violated, and continue to violate, 29 U.S.C. § 207(a)(1) by failing and refusing to compensate plaintiffs and other hourly employees working on the production floors and in other departments for their hours of work in excess of 40 hours per work week at a rate of not less than one and one-half times the regular rate at which the plaintiffs are employed.

11. Defendant has deprived the plaintiffs and other similarly situated employees of overtime compensation by failing to compensate them for the time that they spend engaged in pre-shift activities which must be performed on plant premises. These activities include but are not limited to: properly donning the frock; retrieving and donning a hairnet, beard net, hard hat and hearing protection from the individual worker's locker; retrieving a combination of the

following items from the individual worker's locker: safety glasses, green rubber gloves, plastic arm sleeves, Plexiglass forearm guard, mesh glove, belly guard, rubber apron, skinner gloves, scabbard, steel, hook, and hook holder; carrying all equipment retrieved from the locker room on the second floor down two flights of stairs to the production hallway; waiting in the production hallway for supervisors to open the production floor doors; washing hands in sinks in production hallway; sanding steel; walking through sanitizing foot bath into the production floor; sanitizing all non-fabric personal protective equipment (PPE) and other required items (i.e., plastic arm sleeves, green rubber gloves, Plexiglass forearm guard, hearing protection, hard hat, mesh glove, belly guard, rubber apron, skinner gloves, scabbard, steel, hook, and hook holder) by dipping them in a sanitation tank and shaking them dry; donning all sanitized non-fabric PPE and other required items; collecting and donning cotton gloves, cut resistant gloves, cut resistant sleeves, and latex gloves; performing tasks such as bringing trays to the work station, wiping down work station, collecting knives from the knife cart, and sharpening knives; and walking to work station and waiting for first piece of meat to arrive. These activities are all part of the continuous workday and are compensable.

12. Defendant has deprived the plaintiffs and other similarly situated employees of overtime compensation by failing to compensate them for the time that they spend engaged in post-shift activities which all must be performed on plant premises. These activities include but are not limited to: washing equipment; sanitizing all non-fabric PPE and other required items (i.e., plastic

arm sleeves, green rubber gloves, Plexiglass forearm guard, hearing protection, hard hat, mesh glove, belly guard, rubber apron, skinner gloves, scabbard, steel, hook, and hook holder); walking up two flights of stairs to the locker room; doffing the hard hat, hair net, beard net, and hearing protection; storing a combination of the items (i.e., safety glasses, green rubber gloves, plastic arm sleeves, Plexiglass forearm guard, mesh glove, belly guard, rubber apron, skinner gloves, scabbard, steel, hook and hook holder) in the individual worker's locker; waiting in line to exchange the frock; and doffing and exchanging the frock. These activities are all part of the continuous workday and are compensable.

13.  Defendant has also deprived the plaintiffs and other similarly situated employees of overtime compensation by failing to compensate them for the time they spend performing work during their 30 minute uncompensated meal period. Defendant deducts 30 minutes per day from each hourly employee's paycheck regardless of whether the employee has a meal break or is relieved of duty for the full 30 minutes. Hourly employees who work on the production floors and in other departments do not clock out for lunch. The time is automatically deducted despite the fact that hourly employees do not receive a full 30 minute break. Production employees must return to the floor at a set time regardless of the time that they actually leave for their meal break. Hourly production employees rarely, if ever, leave for lunch at the start of the 30 minute meal break. Employees are not allowed to leave the line as long as there is meat on the line. Moreover, employees must doff and don most of their gear, equipment and clothing during their uncompensated meal break.

14. Defendant's violations of the FLSA as alleged herein have been done in a willful and bad faith manner.

15. As a result of the aforesaid willful violations of the FLSA, overtime compensation has been unlawfully withheld by defendant from plaintiffs and similarly situated persons for which the defendant is liable pursuant to 29 U.S.C. § 216(b), together with an additional equal amount as liquidated damages, as well as interest, reasonable attorneys' fees and the costs of this action.

16. On March 31, 2008, in a case with identical facts, this Court found that the donning and doffing of the frocks themselves were principal activities that marked the beginning and end of the continuous workday. *Jordan v. IBP*, 542 F. Supp. 2d 790, 809 (M.D. Tenn. 2008). This Court's 2008 decision addressed the precise issues raised in this complaint, was necessary to the outcome of the prior proceeding, and resulted in a final judgment on the merits. Defendant Tyson had a full and fair opportunity to litigate the issue in that 2008 proceeding.

17. The employment and work records for the plaintiffs are in the exclusive possession, custody, and control of defendant Tyson, and plaintiffs are unable to state at this time the exact amount owing to each of them. Defendant Tyson is under a duty imposed by 29 U.S.C. § 211(c) and the regulations of the U.S. Department of Labor to maintain and preserve plaintiffs' payroll and other employment records from which the amounts of the defendant's liability can be ascertained.

## PRAYER FOR RELIEF

Wherefore, the plaintiffs pray that this Court grant relief against the defendant as follows:

(a)  Enter a declaratory judgment declaring that the defendant has willfully and wrongfully violated its statutory and legal obligations and deprived plaintiffs and all others who are similarly situated of their rights, privileges, protections, compensation, benefits, and entitlements under the law, as alleged herein;

(b)  Order a complete and accurate accounting of all the compensation to which the plaintiffs and all others who are similarly situated are entitled;

(c)  Award plaintiffs and all others who are similarly situated monetary damages in the form of back pay compensation and benefits; unpaid entitlements; liquidated damages under federal law equal to their unpaid compensation; plus pre-judgment and post-judgment interest;

(d)  Award plaintiffs and all others who are similarly situated their reasonable attorneys' fees to be paid by the defendants, and the costs and disbursements of this action; and

(e)  Grant such other legal and equitable relief as may be just and proper.

## JURY TRIAL DEMAND

Plaintiffs hereby demand a jury trial in this action.

Respectfully submitted,

Charles P. Yezbak, III
Yezbak Law Offices
2002 Richard Jones Road
Suite B-200
Nashville, TN 37215
(615) 250-2000
yezbak@yezbaklaw.com


Molly A. Elkin
Sara L. Faulman
WOODLEY & McGILLIVARY
1125 15th Street, NW, Suite 400
Washington, DC 20005
(202) 833-8855
(202) 452-1090 (Facsimile)
mae@wgmlaborlaw.com


Attorneys for Plaintiffs