IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ABADEER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | NO. 3:09-00125 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| TYSON FOODS, INC., and | ) | |
| TYSON FRESH MEATS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Defendants' motion to dismiss Plaintiffs' second amended complaint (Docket Entry No. 48) is **DENIED**.

It is so **ORDERED**.

**ENTERED** this the 9th day of July, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge