IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Abadeer, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action: 3-09-00125 |
| ) | Judge Haynes |
| Tyson Foods Inc. and Tyson Fresh Meats, Inc., ) | |
| ) | |
| Defendants. ) | |

### PRAECIPE IN RESPONSE TO THE COURT'S NOVEMBER 9, 2009 ORDER

In compliance with the Court's sealed order entered November 9, 2009 (docket no. 106), defendants Tyson Foods, Inc. and Tyson Fresh Meats, Inc., hereby request that docket no. 65, defendants' opposition to plaintiffs' motion to expedite Court-supervised notice to prospective class members pursuant to 29 U.S.C. § 216(b), and all attachments thereto, be removed from the docket and that the attached amended opposition and attachments be substituted for docket no. 65. The amended opposition complies with the direction of the Court's November 9, 2009 order; therefore, no response from plaintiffs is required.

*[Handwritten note: ORDER - This request is GRANTED. /s/ [signature] 4-8-10]*

Respectfully submitted,

/s/ Michael J. Mueller
Michael J. Mueller (D.C. Bar No. 412025)
Evangeline C. Paschal (D.C. Bar No. 457240)
Hunton & Williams
1900 K Street, N.W.
Washington, D.C. 20006
(202) 419-2116