IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Abadeer, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action: 3-09-00125 |
| ) | Judge Haynes |
| Tyson Foods Inc. and Tyson Fresh Meats, Inc. ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY BRIEF IN RESPONSE TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXTEND EQUITABLE TOLLING OF PUTATIVE PLAINTIFFS' STATUTE OF LIMITATIONS**

Pursuant to Local Rule 7.01(b), plaintiffs respectfully move for leave to file the accompanying reply brief to defendants' opposition to plaintiffs' motion to extend equitable tolling of putative plaintiffs' statute of limitations. Plaintiffs have conferred with defendants' counsel and defendants' counsel does not oppose plaintiffs' motion for leave to file a reply brief.

Plaintiffs respectfully submit that the reply is necessary to respond to arguments raised by defendants in their response. For example, plaintiffs' counsel must address defendants' erroneous claims that this Court should not look to the relevant factors identified by the Sixth Circuit as factors that may be considered in determining whether tolling is warranted. In addition, the reply is necessary to address defendants' claims that none of those factors identified by the Sixth Circuit are met in the instant case. The reply does not exceed the scope of defendants' response.

*[Handwritten: This motion is GRANTED. /s/ [Judge] 6-25-10]*