IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| HANAA B. ABADEER, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | NO. 3:09-0125 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| TYSON FOODS, INC., and TYSON | ) | |
| FRESH MEATS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

# O R D E R

In accordance with the Memorandum filed herewith, Plaintiffs' motion to extend equitable tolling (Docket Entry No. 136) is **GRANTED** to extend tolling of the limitation period for 120 days from the date of the Court's Order approving Plaintiffs' notice.

It is so **ORDERED**.

ENTERED this the 14th day of December, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge

1