IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| HANAA B. ABADEER, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | NO. 3:09-0125 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| TYSON FOODS, INC., and TYSON | ) | |
| FRESH MEATS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon review of Plaintiffs' proposed notice, (Docket Entry No. 121) and Defendants' objections and the parties' related submissions, (Docket Entry No. 122 through 125), the Court APPROVES Plaintiffs' proposal notice, (Docket Entry No. 125-1). Plaintiffs' counsel shall cause publication of the approved notice forthwith.

It is so **ORDERED**.

**ENTERED** this the 14th day of December, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge