UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HANAA B. ABADEER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) No. 3:09-cv-00125 |
| v. | ) |
| | ) Judge Sharp |
| TYSON FOODS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons explained in the accompanying Memorandum, the Court DENIES Tyson's motion to reconsider the Court's January 30, 2014 bifurcation order, (Docket No. 284); DENIES Tyson's motion for judgment on the pleadings (which the Court treats as a motion for partial summary judgment), (Docket No. 286); and GRANTS Plaintiffs' cross-motion for partial summary judgment as to Tyson's liability for work Plaintiffs perform during the "bookends" of the 30-minute unpaid periods. (Docket No. 300).

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE