THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HANAA B. ABADEER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.: 3:09-cv-00125 |
| v. ) | Judge Sharp |
| ) | Jury Trial Demanded |
| TYSON FOODS, INC. and TYSON ) | |
| FRESH MEATS, INC., ) | |
| ) | |
| Defendants. ) | |

**"""ORDER**

For the reasons set forth in the parties' motion and supporting memorandum of law, the Court hereby orders the following:

1. The Joint Motion for Preliminary Approval of the Settlement Agreement and Notice to the Class is **GRANTED**.

2. Heffler Claims Group, Inc. is approved as Settlement Administrator, and will issue the Notice (attached as Exhibit B to the memorandum of law) pursuant to the terms of the Settlement Agreement.

3. The parties will file a Joint Motion for Final Approval and Dismissal no later than 14 days prior to the Fairness Hearing.

4. The parties will appear for a Final Approval and Fairness Hearing on October 17, 2014 at 10:00 a.m.[1]

It is SO ORDERED.

Date:     Lwn("3: ."4236

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

---

[1] This date is 91 days from July 18, 2014. If the Court does not enter this Order on July 18, 2014, the date in Paragraph 4 will need to be adjusted.

## **CERTIFICATE OF SERVICE**

       The undersigned attorney certifies that a copy of the foregoing Proposed Order was served on the following individuals on July 18, 2014 by filing the document on the Court's ECF system:

Kenneth A. Weber
Baker, Donelson, Bearman & Caldwell
Commerce Center
Suite 800, 211 Commerce Street
Nashville, TN 37201

Michael J. Mueller
Emily Burkhardt Vicente
Evangeline C. Paschal
Hunton & Williams LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037

*/s/ Molly A. Elkin*
Molly A. Elkin