# Exhibit A

Woodley & McGillivary Summary of Fees thru 09/10/2014

**Gregory McGillivary**

| Year | Rate | Hours To Bill | Amount |
|---|---|---|---|
| 2009 | 600 | 14.7 | $8,820.00 |
| 2009 | 600 | 40 | $24,000.00 |
| 2010 | 600 | 0.5 | $300.00 |
| 2010 | 600 | 1.7 | $1,020.00 |
| 2011 | 600 | 2.8 | $1,680.00 |
| 2011 | 600 | 1.6 | $960.00 |
| 2012 | 600 | 1.2 | $720.00 |
| 2013 | 600 | 6.5 | $3,900.00 |
| 2014 | 600 | 36.6 | $21,960.00 |
| | | **105.6** | **$63,360.00** |

**Molly Elkin**

| Year | Rate | Hours To Bill | Amount |
|---|---|---|---|
| 2008 | 600 | 6.7 | $4,020.00 |
| 2009 | 600 | 203.7 | $122,220.00 |
| 2009 | 600 | 236.7 | $142,020.00 |
| 2010 | 600 | 28.3 | $16,980.00 |
| 2010 | 600 | 47 | $28,200.00 |
| 2011 | 600 | 108.1 | $64,860.00 |
| 2011 | 600 | 213.4 | $128,040.00 |
| 2012 | 600 | 121 | $72,600.00 |
| 2012 | 600 | 6.7 | $4,020.00 |
| 2013 | 600 | 6.8 | $4,080.00 |
| 2013 | 600 | 153.3 | $91,980.00 |
| 2014 | 600 | 642.6 | $385,560.00 |
| | | **1774.3** | **$1,064,580.00** |

**Sara Faulman**

| Year | Rate | Hours To Bill | Amount |
|---|---|---|---|
| 2009 | 400 | 55.3 | $22,120.00 |
| 2009 | 400 | 250.9 | $100,360.00 |
| 2010 | 400 | 43.7 | $17,480.00 |
| 2010 | 400 | 41.2 | $16,480.00 |
| 2011 | 400 | 45.4 | $18,160.00 |
| 2011 | 400 | 64 | $25,600.00 |
| 2012 | 400 | 91.7 | $36,680.00 |
| 2012 | 400 | 8.9 | $3,560.00 |
| 2013 | 400 | 6.8 | $2,720.00 |
| 2013 | 400 | 17.5 | $7,000.00 |
| 2014 | 400 | 346.6 | $138,640.00 |
| | | **972** | **$388,800.00** |

Woodley & McGillivary Summary of Fees thru 09/10/2014

**Diana Nobile**

| Year | Rate | Hours To Bill | Amount |
|---|---|---|---|
| 2009 | 325 | 38.6 | $12,545.00 |
| 2010 | 325 | 12.1 | $3,932.50 |
| 2010 | 325 | 6.3 | $2,047.50 |
| 2011 | 325 | 0.2 | $65.00 |
| 2011 | 325 | 205.9 | $66,917.50 |
| 2012 | 325 | 176.6 | $57,395.00 |
| 2012 | 325 | 6.1 | $1,982.50 |
| 2013 | 325 | 14.3 | $4,647.50 |
| 2013 | 325 | 91.1 | $29,607.50 |
| 2014 | 325 | 693.6 | $225,420.00 |
| | | **1244.8** | **$404,560.00** |

**Theodore Coploff**

| Year | Rate | Hours To Bill | Amount |
|---|---|---|---|
| 2011 | 325 | 174.7 | $56,777.50 |
| 2012 | 325 | 14.4 | $4,680.00 |
| 2012 | 325 | 0.4 | $130.00 |
| 2013 | 325 | 2.3 | $747.50 |
| 2014 | 325 | 8.8 | $2,860.00 |
| | | **200.6** | **$65,195.00** |

**Keith Nickerson**

| Year | Rate | Hours To Bill | Amount |
|---|---|---|---|
| 2009 | 160 | 8.5 | $1,360.00 |
| 2010 | 160 | 20.5 | $3,280.00 |
| 2010 | 160 | 49 | $7,840.00 |
| 2011 | 160 | 52.5 | $8,400.00 |
| 2011 | 160 | 138.9 | $22,224.00 |
| 2012 | 160 | 28.2 | $4,512.00 |
| 2013 | 160 | 1.8 | $288.00 |
| 2013 | 160 | 233.5 | $37,360.00 |
| 2014 | 160 | 503 | $80,480.00 |
| | | **1035.9** | **$207,722.00** |

**Jessica Loutoo**

| Year | Rate | Hours To Bill | Amount |
|---|---|---|---|
| 2008 | 135 | 45.3 | $6,115.50 |
| 2009 | 135 | 119.8 | $16,173.00 |
| 2009 | 135 | 25.5 | $3,442.50 |
| 2010 | 135 | 7.2 | $972.00 |
| 2010 | 135 | 4 | $540.00 |
| | | **201.8** | **$27,243.00** |

Woodley & McGillivary Summary of Fees thru 09/10/2014

**Erin McKan**

| Year | Rate | Hours To Bill | Amount |
|---|---|---|---|
| 2008 | 135 | 15.9 | $2,146.50 |
| 2009 | 135 | 52.5 | $7,087.50 |
| 2009 | 135 | 19.5 | $2,632.50 |
| 2010 | 135 | 1.2 | $162.00 |
| 2011 | 135 | 13.8 | $1,863.00 |
| | | **102.9** | **$13,891.50** |

**Caroline Stover**

| Year | Rate | Hours To Bill | Amount |
|---|---|---|---|
| 2010 | 135 | 20.8 | $2,808.00 |
| 2011 | 135 | 188.1 | $25,393.50 |
| 2011 | 135 | 44.3 | $5,980.50 |
| | | **253.2** | **$34,182.00** |

**Cassi Kaiser**

| Year | Rate | Hours To Bill | Amount |
|---|---|---|---|
| 2011 | 135 | 1.7 | $229.50 |
| | | **1.7** | **$229.50** |

**Luana Debernardis**

| Year | Rate | Hours To Bill | Amount |
|---|---|---|---|
| 2011 | 135 | 12.1 | $1,633.50 |
| 2012 | 135 | 87 | $11,745.00 |
| 2012 | 135 | 5 | $675.00 |
| 2013 | 135 | 4.4 | $594.00 |
| 2014 | 135 | 36.2 | $4,887.00 |
| | | **144.7** | **$19,534.50** |

**Priya Nigam**

| Year | Rate | Hours To Bill | Amount |
|---|---|---|---|
| 2013 | 135 | 1.8 | $243.00 |
| 2013 | 135 | 68.8 | $9,288.00 |
| 2014 | 135 | 64.3 | $8,680.50 |
| | | **134.9** | **$18,211.50** |

**Jessica Woods**

| Year | Rate | Hours To Bill | Amount |
|---|---|---|---|
| 2010 | 135 | 67 | $9,045.00 |
| | | **67** | **$9,045.00** |

**Jillian Olsavsky**

| Year | Rate | Hours To Bill | Amount |
|---|---|---|---|
| 2011 | 135 | 36.3 | $4,900.50 |
| 2011 | 135 | 10 | $1,350.00 |
| | | **46.3** | **$6,250.50** |

Woodley & McGillivary Summary of Fees thru 09/10/2014

**Brenna Willott**

| <u>Year</u> | <u>Rate</u> | <u>Hours To Bill</u> | <u>Amount</u> |
|---|---|---|---|
| 2011 | 135 | 63.5 | $8,572.50 |
| | | **63.5** | **$8,572.50** |

**Nancy Stone**

| <u>Year</u> | <u>Rate</u> | <u>Hours To Bill</u> | <u>Amount</u> |
|---|---|---|---|
| 2014 | 600 | 64.1 | $38,460.00 |
| | | **64.1** | **$38,460.00** |

**Robin Burroughs**

| <u>Year</u> | <u>Rate</u> | <u>Hours To Bill</u> | <u>Amount</u> |
|---|---|---|---|
| 2013 | 325 | 1.5 | $487.50 |
| 2014 | 325 | 37.9 | $12,317.50 |
| | | **39.4** | **$12,805.00** |

| | **TOTAL** | **6,452.70** | **$2,382,642.00** |
|---|---|---|---|