**Exhibit B**

Yezbak Law Offices Summary of Fees thru 05/20/14

**Chuck Yezbak**

| Year | Rate | Hours To Bill | Amount |
|------|------|---------------|--------|
| 2009 | 600 | 64.8 | $38,880.00 |
| 2010 | 600 | 2.6 | $1,560.00 |
| 2011 | 600 | 4.3 | $2,580.00 |
| 2012 | 600 | 18.4 | $11,040.00 |
| 2013 | 600 | 26.4 | $15,840.00 |
| 2014 | 600 | 397.9 | $238,740.00 |
| | | **514.4** | **$308,640.00** |

**Aimee Boorse**

| Year | Rate | Hours To Bill | Amount |
|------|------|---------------|--------|
| 2009 | 150 | 4 | $600.00 |
| | | **4** | **$600.00** |

**Mel Fowler-Green**

| Year | Rate | Hours To Bill | Amount |
|------|------|---------------|--------|
| 2013 | 400 | 4.5 | $1,800.00 |
| 2014 | 400 | 170.4 | $68,160.00 |
| | | **174.9** | **$69,960.00** |

**Rain Xue**

| Year | Rate | Hours To Bill | Amount |
|------|------|---------------|--------|
| 2013 | 150 | 9.1 | $1,365.00 |
| 2014 | 150 | 73.8 | $11,070.00 |
| | | **82.9** | **$12,435.00** |

| | | | |
|------|------|---------------|--------|
| **Total** | | **776.20** | **$391,635.00** |